UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:21-cr-00215-TWP-TAB-1 ) |
| CODY STEELE | ) |
| Defendant. | ) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Joseph M. Cleary, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Date: July 27, 2021

*Joseph M. Cleary*
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, a copy of the foregoing **Appearance** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.
.

*Joseph M. Cleary*
Joseph M. Cleary